## W. C. MAPLES *v.* CYRUS PEED.

Where the appellant has failed to give bond in favor of all the parties interested in maintaining the judgment, the appeal must be dismissed.

APPEAL from the District Court of the Parish of Ouachita, *Richardson*, J. *John T. Ludeling*, for plaintiff and appellant. *McGuire & Ray*, for intervenors and appellee.

MERRICK, C. J. The controversy in this case relates principally to the distribution o the proceeds of a certain steam saw-mill and plaining-machine among the attaching creditors.

The plaintiff appeals; but he has failed to give bond in favor of the intervenors, in whose favor the proceeds have been distributed. The motion to dismiss, on this ground, must prevail.

It is, therefore, ordered, that the appeal in this case be dismissed, at the costs of appellant.